Greg S. Como (013187) como@lbbslaw.com
Spencer T. Proffitt (027455) proffitt@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040/Facsimile: 602.385.1051
Attorneys for Hartford Life and Accident Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Cynthia Fix,<br><br>             Plaintiff,<br><br>      vs.<br><br>Hartford Life and Accident Insurance Company, Administrator of the Blue Cross Blue Shield of Arizona, Inc. Long Term Disability Plan,<br><br>             Defendant. | No. 2:12-cv-02048-ROS<br><br>**NOTICE OF SETTLEMENT** |

Defendant Hartford Life and Accident Insurance Company hereby notifies the Court that this matter has settled.  The parties anticipate filing a Stipulation for Dismissal with Prejudice and proposed Order within thirty days.

RESPECTFULLY SUBMITTED March 12, 2013.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Greg S. Como_____
       Greg S. Como
       Spencer T. Proffitt
       Attorneys for Hartford Life and Accident
       Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2013, I electronically transmitted the foregoing **NOTICE OF SETTLEMENT** to the Clerk's office using the Court's CM/ECF System, and thereby served all counsel of record in this matter.

/s/ Kathleen Biondolillo

4836-6316-1875.1