Greg S. Como (013187) como@lbbslaw.com
Spencer T. Proffitt (027455) proffitt@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, Arizona 85012-2761
Telephone: 602.385.1040
Facsimile: 602.385.1051
Attorneys for Hartford Life and Accident Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| Cynthia Fix, | No. 2:12-cv-02048-ROS |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Hartford Life and Accident Insurance Company, Administrator of the Blue Cross Blue Shield of Arizona, Inc. Long Term Disability Plan, | |
| Defendant. | |

The parties hereby stipulate to dismiss all claims against each other in the lawsuit, with each party to bear its own attorneys' fees and costs. Plaintiff's counsel has authorized defense counsel to file this stipulation on his behalf.

RESPECTFULLY SUBMITTED March 29, 2013.

| **MARC WHITEHEAD & ASSOCIATES** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
|---|---|
| By /s/ Marc Whitehead         . | By /s/ Greg S. Como                    . |
| Marc Whitehead | Greg S. Como |
| Attorneys for Cynthia Fix | Spencer T. Proffitt |
| | Attorneys for Hartford Life and Accident Ins. Co. |



4850-5626-0627.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2013, I electronically transmitted the foregoing document to the Clerk's office using the Court's CM/ECF System and thereby served all counsel of record in this matter.

/s/ Kathleen Biondolillo

4850-5626-0627.1

2