IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cynthia Fix,<br><br>        Plaintiff,<br><br>   vs.<br><br>Hartford Life and Accident Insurance Company, Administrator of the Blue Cross Blue Shield of Arizona, Inc. Long Term Disability Plan,<br><br>        Defendant. | No. CV-12-02048-PHX-ROS<br><br><br>**ORDER** |

     The court having considered the parties' Stipulation for Dismissal with Prejudice (Doc. 26), and good cause appearing,

     IT IS ORDERED all claims and counterclaims in this case are dismissed with prejudice, each party to bear its own attorneys' fees and costs.

     Dated this 29th day of March, 2013.

                                Roslyn O. Silver

                        Chief United States District Judge